469 A.2d 691

Commonwealth v. Roy, Appellant.
Reargument Denied Jan. 24, 1984.
Petition for Allowance of Appeal
Denied July 24, 1984.

Argued March 9, 1982. Althea M. Dooley, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.